OPINION — AG — **** COUNTY AREA PLANNING -SETBACK LINES-PROPOSED HIGHWAYS **** THE ADOPTION OF BUILDING SETBACK LINES ALONG PROPOSED, AS WELL AS PRESENT, HIGHWAY ALIGNMENTS WILL REQUIRE PROPERTY OWNER TO RESPECT THESE LINES IN METROPOLITAN AREA PLANNING AREAS. CITE: 19 O.S. 1961 866.14 [19-866.14], 19 O.S. 1967 Supp., 866.2 [19-866.2], 19 O.S. 1961 866.18 [19-866.18] W. J. MONROE